UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

AUG 0 6 2002

FIDELITY AND GUARANTY LIFE
INSURANCE COMPANY,
a Maryland corporation,

        Plaintiff,

        v.

Case No. L-02-1758

JOHN DOES 1-20, individuals, JANE DOES
1-20, individuals, and XYZ COMPANY, a
business entity from unknown, inclusive,

        Defendants.

2002 AUG -8  P 2: 47

AT BALTIMORE

_____DEPUT

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to FRCP Rule 41(a)(1), plaintiff FIDELITY AND GUARANTY LIFE INSURANCE

COMPANY, by its undersigned counsel, voluntarily dismisses the above-captioned matter without

prejudice.  No adverse party has served an answer or a motion for summary judgment in these

proceedings.

Respectfully submitted,

Dated:  August 5, 2002

By: _____
    Arthur C. House (Fed. Bar No. 31)
    GARDNER, CARTON & DOUGLAS
    1301 K Street, N.W.
    Suite 900, East Tower
    Washington, D.C.  20005
    Telephone:  202-408-7100
    Facsimile:  202-289-1504

    Attorneys for Fidelity and Guaranty Life Insurance
    Company

*Approved*
*August 8, 2002*
*B. Legg*
*USDJ*

DC01/382442.1